```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33546
   SYED G MADANI
   SHAHTAJ S MADANI                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-9541     SSN XXX-XX-4481

-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/10/04 and confirmed on 11/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   7400.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | SECURED VEHIC | 3000.00 | 323.61 | 3000.00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 460.00 | 50.11 | 460.00 |
| SHORT TERMS LOANS | SECURED VEHIC | 53.18 | 9.96 | 53.18 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 148.71 | .00 | 16.07 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1780.94 | .00 | 192.44 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1007.20 | .00 | 108.84 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1048.90 | .00 | 113.34 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CPS SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| DUN & BRADSTREET | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| DUN & BRADSTREET | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST PUBLIC SCHOOLS | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS SCRIPTS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| LAWSON TURNER ESQ | UNSECURED | NOT FILED | .00 | .00 |

```
BLITT & GAINES            UNSECURED    NOT FILED          .00          .00
NORTHWEST COLLECTION      UNSECURED    NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED      1538.96          .00       166.30
ECAST SETTLEMENT CORPORA  UNSECURED      1222.75          .00       132.13
ORCHARD BANK              UNSECURED    NOT FILED          .00          .00
B LINE LLC                UNSECURED      1113.40          .00       120.31
PAYDAY LOAN               UNSECURED    NOT FILED          .00          .00
PLASTIC & RECONSTRUCTIVE  UNSECURED    NOT FILED          .00          .00
PROFESSIONAL ACCOUNTS MA  UNSECURED    NOT FILED          .00          .00
PROVIDIAN NATIONAL BANK   UNSECURED    NOT FILED          .00          .00
QUEST DIAGNOSTICS         UNSECURED    NOT FILED          .00          .00
QUEST DIAGNOSTICS         UNSECURED    NOT FILED          .00          .00
RMS                       UNSECURED    NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED       325.74          .00        35.20
TELECHECK                 UNSECURED    NOT FILED          .00          .00
TRANSWORLD SYSTEMS INC    UNSECURED    NOT FILED          .00          .00
VAN RU CREDIT             UNSECURED    NOT FILED          .00          .00
VAN RU CREDIT             UNSECURED    NOT FILED          .00          .00
VAN RU CREDIT             UNSECURED    NOT FILED          .00          .00
WORLD FINANCIAL NETWORK   UNSECURED       386.17          .00        41.73
PORTFOLIO RECOVERY ASSOC  UNSECURED      2009.89          .00       217.18
CAPITAL ONE FINANCIAL     UNSECURED      3846.91          .00       415.69
CAPITAL ONE FINANCIAL     UNSECURED       319.07          .00        34.48
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  3513.18         .00     14748.64         .00     18261.82
PRINCIPAL PAID      3513.18         .00      1593.71         .00      5106.89
INTEREST PAID        383.68         .00          .00         .00       383.68
TOTAL PAID          3896.86         .00      1593.71         .00      5490.57
```

The Debtor's attorney, RICHARD S BASS                    , was allowed $   1500.00
and was paid $    100.00   direct and $   1400.00   through the plan.

The Trustee received $    309.43 .

Refunds to the Debtor totaled $    200.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 02/12/08              /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE  3
     CASE NO. 04 B 33546 SYED G MADANI & SHAHTAJ S MADANI
```